UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JOE RILEY,

           Plaintiff,

           v.                         CAUSE NO.: 2:19-CV-352-PPS

REGGIE NEVELS, *et al.*,

           Defendants.

## ORDER

Joe Riley, a prisoner without a lawyer, filed a complaint in the Hammond Division regarding the conditions of the Grant County Jail in Marion, Indiana. Grant County and the city of Marion are located within the geographical boundaries of the Fort Wayne Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the Fort Wayne Division.

SO ORDERED.

ENTERED: October 8, 2019.

                                      /s/ Philip P. Simon
                                      PHILIP P. SIMON, JUDGE
                                      UNITED STATES DISTRICT COURT